# Court of Appeals
# of the State of Georgia

ATLANTA,  July 08, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1609. DEREK LEE THOMAS v. BARNES LAND AND INVESTMENTS, LLC et al.

On October 9, 2020, the trial court issued an order granting summary judgment to the defendants on the basis that all of the claims of the plaintiff, Derek Lee Thomas, were barred by res judicata and collateral estoppel. Thomas filed this appeal on March 7, 2021. The defendants have filed a motion to dismiss, asserting that the appeal is untimely.

A notice of appeal must be filed within 30 days of entry of the trial court judgment or order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, Thomas filed his appeal 149 days after the trial court entered its order. Therefore, the appeal is untimely. Accordingly, the motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/08/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*